# MINUTE ORDER

CASE NUMBER:    CV NO. 20-00313 HG-RT

CASE NAME:      Tangee Renee Lazarus v. Hakim Ouansufi; Ioane Ah Sam; Janice Mizusawa; Ryan Okahara; JoAnn Takahashi; Marisa Castagna; Stephanie Fo; Curtis Kaneoka

ATTY FOR PLA:   Pro Se

ATTYS FOR DEFS: John M. Cregor, Jr., Esquire

---

JUDGE:   Helen Gillmor

DATE:    May 11, 2021

---

On May 7, 2021, Plaintiff Tangee Renee Lazarus, proceeding pro se, filed a document entitled:

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES (ECF No. 68).

The Court construes the May 7, 2021 filing (ECF No. 68) as a request to voluntarily dismiss the case without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Plaintiff's Request (ECF No. 68) is **GRANTED.**

The case is **DISMISSED WITHOUT PREJUDICE.**

The Clerk of Court is **DIRECTED** to **CLOSE THE CASE**.

Submitted by: Rachel Sharpe, Courtroom Manager

1